UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1026

_____

MARTIN J. WALSH, Secretary of the United States Department of Labor,

Appellant

v.

EASTERN MONTGOMERY COUNTY AREA LOCAL 2233,
AMERICAN POSTAL WORKERS UNION, AFL-CIO

_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(District Court No. 2-22-cv-01175)
District Judge: Honorable Berle M. Schiller

_____

Argued October 19, 2023

_____

Before: CHAGARES, Chief Judge, PHIPPS and CHUNG, Circuit Judges

Simon C. Brewer    [**ARGUED**]
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Jacqueline C. Romero
Office of United States Attorney
615 Chestnut Street

Suite 1250
Philadelphia, PA 19106

Seema Nanda
United States Department of Labor
200 Constitution Avenue NW
Washington, DC 20210

      Counsel for Appellant

Patricia C. Collins   [**ARGUED**]
Antheil Maslow & MacMinn
131 W State Street
P.O. Box 50
Doylestown, PA 18901

      Counsel for Appellee

_____

**JUDGMENT ORDER**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued before the Court on October 19, 2023. After consideration of all contentions raised by Appellant, it is now hereby **ADJUDGED** and **ORDERED** that the judgment of the District Court entered November 7, 2022, is hereby **AFFIRMED** for the substantially the same reasons articulated by the District Court.

Costs will be taxed to Appellant.

By the Court,

s/Michael A. Chagares
Chief Circuit Judge

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Date: November 1, 2023